Case number 21-51-43 United States of America v. Baaki Majeed Oral argument not to exceed 15 minutes per side Mr. Paulson for the appellant May it please the court I'm Colter Paulson of Squire Patent Boggs in the Sixth Circuit Clinic and the argument today for Mr. Majeed will be presented by two students Mr. Roberts and Mr. White. Thank you. You may proceed. May it please the court. T.J. Roberts representing Baaki Abdul Majeed. I will be reserving six minutes for the issue of the email while my fellow clinician will be addressing the issue of prosecutorial intimidation. Your honors admission of the June 2nd 2012 email was unfairly prejudicial in violation of FRE 403 which allows for the exclusion of evidence if its probative value is substantially outweighed by a danger of unfair prejudice confusing the issues or misleading the jury. This evidence ultimately presents problems in all three regards. The unfair prejudice created by the admission of this email is stunning not only because the email was five years prior to any of Mr. Majeed's involvement. Your counsel below your Mr. Majeed's counsel below objected on 404 address not 403. Your honor so under the record Mr. Majeed there was an objection on both grounds we had objections under 401 and 403 both in transcript page 1401. There was a renewed objection under 401 and 403 at the transcript id 1574 which was overruled in 1576 to 77 as well so there was a 403 objection. There was a 404 objection as well requesting a limiting instruction which was also objected but ultimately there was a 403 objection your honor and did he request a limiting instruction uh yes your honor that was on 403 not 404 that is correct your honor okay um so ultimately the time frame where this email was sent on June 2nd of 2012 however the we consider a time frame in context in other words this is a unique i mean this was a specific photo of a specific person particular item what was the explanation for why your client was forwarding a picture of this soldier to himself like why did he have it so your honor in 2012 Mr. Majeed was working as a customer service representative for cyber security he needed to have an intimate knowledge of what are the faces that are being used to used by scammers so there was ample opportunity for it on top of it it was the specific photo searching the scammers uh i mean this uh his defense is that he was previously researching scammers and then it just so happened that he was close to a scam involving the same photo so in accordance with his job from 2012 yes your honor but at the same time in regards to this specific scam this specific photo was never used by the scam there's also nothing in the record that show well same soldier yes your honor but i'm not sure that's almost makes it odder so he's got one picture of the photo five years ago and then five years later so it's a different picture of the same person that's part of the scheme sure so your honor it would be it would be if there was anything in the record that showed that Mr. Majeed knew the identity that the scammer was pretending to be but there's no such a record on there there's nothing in the record that shows that Mr. Majeed ever saw the photos that were used in the scam either there's nothing in the record that even shows that Mr. Majeed communicated with the victim at all so there's a so there's a part of the confusing of the issues the only thing you know i mean sometimes we exclude things just because they are so unfairly prejudicial and there's just even if there's some explanation it's just so it's just so damning that we're not going to let it in this strikes me as something that's not helpful for your client but maybe there's a reasonable explanation so it's not that we exclude this because it's so prejudicial but that it could be hurtful but you also have a very reasonable explanation which you just gave so your honor it's prejudicial though because as we can see from the record the the prosecution even admits that Mr. Majeed was not involved with this scam until April of 2017 looking to transcript ID 1720 to 1721 where the prosecution's witness on redirect says so we're all in agreement that he Mr. Majeed was not aware of this until April of 2017 to which the ultimately expands the time frame and it also expands Mr. Majeed's involvement from more or less a patsy to who had no knowledge of what was exactly transpiring who was simply transferring funds into someone who was directly involved with the planning the preparation fact he was a patsy it seems to me you'd have a lot better argument but even assuming that there was error under rule 403 it just seems to me that this is this is harmless there's all kinds of other evidence that your client knew about the scheme so how do you get by that so your honor in closing argument the prosecution argued that this was the sole basis upon which we knew that Mr. Majeed knew that this was a scam that they knew the angle of the scam to quote the prosecution at transcript ID 1866 here's how you know he did that in his email box inbox in his email inbox five years earlier they're referring to this these two pictures in the email it shows an awareness of the scam and what would he it be used for it was used to scam people they relied upon this and then he stopped he didn't articulate or summarize any of the other evidence that shows that he knew this was a scam there was other evidence your honor but the at the end of the day this was what the prosecution rested their laurels on in closing argument saying this was the basis that you knew i'm asking you after he said the sentence that you read to us did he then go on to say what the other evidence was or not not to prove knowledge your honor not to prove knowledge that this was a scam that he was directly coordinated with it so at the end of the day your honor the jury should have never been able to even consider this evidence particularly by the government's own admission of what was of his involvement in the scam particularly ultimately it expands his involvement and it expands the time frame for that a retrial should be ordered without further questions i will yield to my fellow clinicians sounds good thank you may it please the court my name is andrew white and i am also here representing mr majeed in addition to the reasons that my co-clinician gave this court should reverse mr majeed's conviction and grant a new trial because the government improperly discourage mr majeed from testifying in his own defense violating his constitutional right just as mr majeed was going to take the stand the government interjected and made statements regarding a subject of cross-examination that in effect discouraged mr majeed from testifying can the government say to the district court this is what i intend to do if he takes the stand and i want to clear it with you first uh your honor uh yes the government is permitted to clear it with the court um but the timing of when the government made this statement is uh is really what makes it problematic mr majeed why okay so the government says let's say before trial the government says i want to bring this up with the district if he testifies i'm going to introduce acts in cross and i want to get clearance that's okay uh yes um actually that is what oh so okay yes it's okay what why does it change if the government's all of a sudden surprised he's going to testify and says judge before he testifies i want to get this clear well your honor it was this could have been done at sidebar uh the the government could have done this uh at a different time before mr majeed was was going to take the stand and testify in his own defense uh testifying in your own defense is a very nerve-wracking situation uh he had already you know gone through the process of talking it over with his counsel trying to calm his nerves and just as he was going to stand up but i'm not sure i follow you so it could have been done at sidebar but it can't be done in front of the defendant uh well that's what's that's what was improper about it your honor and just that just the day before uh wait a minute it's a criminal trial how do you do something at a sidebar like that without notifying the defendant well the defendant was already notified that he was going to be cross-examined on this on this subject just the day before the government had talked it over with defense counsel and defense counsel had talked about it with mr majeed and he had gone over that he was going to be cross-examined on this subject mr understood how does that create a problem well reiterating it is uh it creates a problem precisely because of the timing really um obviously the substance of it um the fact that mr majeed already knew that he was going to be subject to cross-examined on it and the fact that they did it just as he was going to take the stand the only purpose of the statement being made when so if they already knew then why does it matter they they had brought it up the day before your counsel had talked to him about it now he's going to take the stand and the government reiterates right this is what i'm going to do if he takes the stand and he takes he knows or he doesn't take he knows but he knew before how can that be so prejudicial that we would throw out of work well your honor the fact that he knew before i think actually makes it more unnecessary that the government needed to say that the government didn't need to say it and the fact that they said it just as he was going to take the stand they could have done it at any point prior but after the court had asked mr majeed that he understood that he was going to take the stand and testify and the court had then asked is there any other matters before the court as mr majee was going to take the stand that's when the government decided it's not about belt and suspenders i mean you can imagine the opposite case where they have this discussion the day before but there's no resolution the defendant testifies and then during the cross-examination the government brings this up and the defense counsel object or your defense counsel objects and says they didn't we didn't know for sure they were going to do this they didn't remind us right before we walked down the stand that they were going to do it so you could just flip this either way but did your did your client uh move to exclude this this line of questioning for any reason uh well oh um under evidentiary motion eliminate no um well they actually didn't really get the chance to because uh the the the government had brought this up to the court and that is when mr majeed had decided to reverse his decision to testify altogether uh because of what the government said and we have on record that mr majeed said that the reason he excluded he didn't say the government's not allowed to do this i moved to exclude it well no i um i don't think it was that he contested the government was allowed to engage in this line of questioning um it was simply the fact that the reason that they brought up this statement when they did the only purpose could have been for plain error uh well it shouldn't be reviewed for plain error simply because that uh this was a constitute this was a violation of the defendant's constitutional rights and you plain error constitutional rights went for plain error all the time well but it was the issue was preserved on the record how was it preserved if he didn't object to the line of questioning it was preserved well it was preserved because the court took notice of the issue of the government making a statement uh the court had asked uh mr majeed after the statement was made you ask for a sanction you could ask for a sanction look the prosecutor's trying to intimidate my client now i want to exclude this line of questioning the council below did not ask for that um but at that point it was the last day of trial uh the uh the intimidation had already occurred no amount of objecting was going to cure any sort of problem what where i'm confused about your argument now that you've focused on it's really a question of timing from your standpoint you say this was already revealed earlier the judge was not involved in that earlier exchange that was between council i take it yes so it would be pretty typical at least in my experience when you're actually then before the judge that when something is about to happen that you think that both the defendant should know about and arguably he already did and the judge should know about it that's why you then bring it up in this case again so why is that wrong well i think i agree that the judge should also know about it but again that is something that could have been done outside the presence of the defendant not right before he was going to take the stand which is why well if the defendant already knew about it he could have filed a motion to eliminate to make sure that if he wanted to testify that this wasn't going to come up it is possible that that could have been done but the fact of the matter is because of what because of the government making the statement when they did and mr majid already knowing about it the only possible purpose of the statement really being made was to discourage uh was to discourage the defendant from testifying and i realize that i'm way over time so i'll preserve the rest basically you're saying that in connection with determining whether somebody needs is going to testify on their own which is a decision that normally is made after the government's already put in the proofs then there's some sort of obligation that the government has to notify somebody that this is what they may bring up if he testifies well in advance of the decision to testify i don't think the government actually has a necessarily a duty to notify uh the fact the defendant of the subject of cross-examination uh they happen to do that uh the day before uh but the fact that they brought it up again unnecessarily is really what the problem is and is really what if they don't have to provide impeaching information to the defendant oh well yes they they yes they they do but uh again i i just i kind of go back to my other argument of yes the government did notify uh to see if the testimony of the subject of cross-examination would have been admissible uh but the the way that they did it uh was what was improper and what was what intimidated the defendant thank you good morning your honors may it please the court javier sinha on behalf of the uh statements the government made before the defendant testified just to quickly clear up one factual point um i believe majeed was there on day two and the government said we're not going to seek to introduce this evidence of the cash and statements but we might if he chooses to testify that was in an open court with a jury not present so majeed has already told about this evidence beforehand so why was it reiterated as the jury was walking in so at the end of that uh of that discussion the court said okay well you can to show how the government got access to majeed's cell phone and red book but i'm not going to make a decision on the statements in the cash because the government has said twice now that he's not looking to introduce that evidence why was um why was the judge looking at this under a legal framework it was admissible had the defendant objected to admission of the evidence on different grounds he moved pre-trial to exclude all evidence from outside the indictment period sorry so he did move i'm asking that question about whether there was any he did your honor and what was the what was the specific nature of the motion i forgot so it's on doctor 88 he just moves pre-trial and said i want to exclude all evidence that's outside the indictment period and the government uh responded saying well there's evidence we want to introduce including this 2018 stop uh which involves this undeclared cash and these statements he made that we think are indicative of his character for truthfulness we're not going to try to introduce the cash or the statements unless he tries to testify in which case we think they might be indicative of ruling on that until the day before the defendant might testify and there's a hearing there's some discussion with the judge and the judge says you can use it for these purposes i'm not going to consider these other purposes that's correct your honor the judge says you know if the government wants to introduce the evidence of that stop to show how we got to this phone because that's how we got his phone and the text messages we used that's fine but the court says the government has said twice to me that's not going to try to seek to introduce the evidence of cash or the statements and so there's no need for it to make a decision on that so the court leaves that open and so the government you know the government statement is essentially part of a continuing conversation that's been occurring before trial about whether this evidence should be admitted and is admissible and so as your honor said a reminder like by the way judge there's this open issue we're going to raise it unless you tell us not to right now i think that's what it had to be like your honor said you think that's what it had to be it's your i mean your colleague or maybe it was you i forget there's someone else but your honor but as your honor said if the government had mentioned this there'd be appeal saying well this was sort of sprung on us the district court had made a decision on it we hadn't renewed our objection the judge didn't say anything in response i mean you sort of say this like but i started getting you know by the way there was this open issue judge and you know flagging it for the court and for the other party this is something that's still sort of a live issue in our mind and we're going to raise it if you want to tackle it now as opposed to later on this would be a good time but the judge doesn't do anything in response to this it's just kind of funny posture i guess mm-hmm well it's pretty typical in a trial that if a ruling is going to be predicated on something that hasn't happened yet you wait to see it happens and then you and then you address it were there other defense witnesses or did the government rest and then the decision was whether the defendant testified there's no other defense witnesses the government rested and the only decision was with majid himself a testifier now whatever the had or hadn't happened that the judge wanted to hear first before he made that final ruling now's the time to do it that's correct your honor and so as your honor said you know the government couldn't have waited to bring this up while the testimony already began because then there'll be an issue about you know bringing it up before he made a decision to testify or not and so it had to be sort of talked spoken to the judge beforehand so the judge would know that you know this is a live issue we should make a decision on this before any decisions testify is made or not when the you know in a footnote that the defendant's counsel's decision to talk to his client was an objection that's not on his face an objection this court has said that an objection has to apprise the district court of the true basis for the objection this wouldn't have apprised the court that there was an objection at all let alone the true basis for that objection and so we're here on plain error review some g can show there's any error let alone plain error and you know even if we're looking at this case in terms of the cases that recite those cases usually involve the government telling a defense witness you know we're going to go after you for perjury if you testify we're going to go after you for misprision of a felony if you testify here the government statement was not on his face of threat the defendant had time to talk to his counsel after the government made it the district court engaged in a call to the defendant saying you know the right to testify is yours alone you shouldn't feel pressured and the defendant had a lot a lot of time to think it through before he made a decision either way there's no further questions on that your honor i'm happy to move on to the 2012 email uh majeed's argument is essentially that this was prejudicial because it expanded the time frame this evidence essentially was uh the court considered that essentially and said well it's evidence very probative it's very relevant here and so that that balances against the time difference and this court has said it will give this of course broad discretion making that determination and this court will look at those decisions by maximizing the probative value and and this also is an evidence that we sort of look to as classic prejudice which is you know undue prejudice showing you know making the jury make a decision based on emotion or inflating the passions of the jury this is pretty drab you know documentary evidence showing that he sends himself an email of a person who you know essentially is often used in romance fraud scams so there's no reason for this court to disturb the decision of the district court and it's balancing here um i also point out that the forum what about your friend's argument that this was somehow solely relied upon by the government in the closing argument so the government does mention this as evidence of majeed's knowledge but of course there's other evidence of majeed's knowledge that the government absolutely mentioned the closing argument the most obvious is that you know the conspirators called the victim a mugu which means the victim of a scam at one point the conspirators are worried that the victim won't give them money and so they say you know we should tell her any story we think she would believe to get her money but i think you're the argument on the other side is that that was discussed in the closing argument for purposes other than knowledge i don't know what the other purpose would be but is it is that the way you read the closing argument no so essentially i agree with your honor that there was nothing else in this case but knowledge and so magine never contested that he didn't do the things the government said he did that was proved through essentially bank rancors and text messages so his only argument at trial was you know i did those things but i didn't know that this was a romance fraud scam i didn't know it was wire fraud i was a patsy essentially and so there's so much discussion of knowledge in the court below and the briefs here because knowledge was really the only thing at issue in this case and so everything the government showed the jury was essentially to prove that you know not that he only do this but he knew exactly what he was doing your honors um the last thing i'll quickly mention about the living instruction is that asked for a 404b instruction which the district court correctly said i'm not going to give because there's no 404b evidence here but he never asked for instruction under rule 403 well what about the fact that he objected on 403 perhaps we we think his 403 argument is preserved so this court reviews for abuse of discretion on that it's only the limiting instruction party instructions yeah correct your honor that you know you never asked the court the court would never have known that you know he's asking for instruction that's not a 404b instruction and so this court said a district court need not give those instructions unless uh i think it has to in the court here said i think that instruction actually would be more prejudicial and helpful for you because it might indicate to the jury that the scam or there's other scams the defendant was involved in so the courts did not think they were making a decision um and your honors i'm happy to discuss anything i ask you a factual question absolutely here's the government never indicted me is it or proved who was playing the role so was he an unindicted co-conspirator or was he is it lupini or so lupini is is majit's cousin who also got the money the person who's doing the typing pretending to be neemer um there's no evidence in the record who that person is so there's no evidence in the record that the person is someone or other they just call him the boy in the text and stuff that's right i saw that so the government's treating him as an indicted conspirator then correct your honor he was a conspirator but there's no evidence in the record of who he was okay your honors if there's no further questions i'm happy to rest on our briefs for the remainder of the arguments thank you you your honors i just have a few quick points to make in the last three minutes here the first point is that the trial court judge was clear about about their concerns regarding intimidation claims on this for one upon the prosecution statement the judge restarted the discussion with the defendant immediately starting back and sure to ensure that this was their decision during that discussion mr majid explicitly stated that it was because of the statements of the prosecution that he has reversed his decision to testify this was fatally erroneous and ultimately led to our client the defendant in this case the most important person the only person who could directly testify as to their knowledge was deprived of the ability to tell their side of the story to the jury this was a clear constitutional violation of one's right to defend themselves in a court of law and on that ground alone reversal is why you say he was deprived of his right he still could testify he might not have liked the questions that he was asked so your honor as point out the as pointed out the judge and the defendant they were aware of this the day before it was that this was happening right before mr majid was taking the stand this was right before his testimony would begin it was ultimately just a sudden interjection of evidence that mr majid was not comfortable with and ultimately he knew about it he was prepared to testify beforehand so hot what i don't understand how it was the sudden like surprise injection at the very end if if in fact it had been discussed and he knew about it the day before so your honor this was after the prosecution had said that they have nothing further this this was after the judge had already questioned mr majid about his knowledge of this about his knowledge that he would be cross-examined at that point he was perfectly okay with it there was nothing further and then the prosecution interjects after they themselves said they have nothing further to say we would of course i mean you can you can introduce something in your direct case or you can introduce it through cross-examination of the other side and that's what the government was saying that even though we didn't put it in in the direct we're still going to raise it as during cross if your guy testifies so what's the matter with this so your honor it's the timeliness it's the timeliness of it it's bringing it up right before his testimony that ultimately just ultimately faltered and by mr majid's own admission this is what prompted his the reversal of his decision for that proposition that he the government can't bring it up before his testimony so your honor the best case for that proposition would be united states versus thomas in which the statements of that we're going to bring up something that goes against you in cross-examination constitutes intimidation on its face but on to my second point i know i'm running a long time but ultimately the prosecution's own admission is that mr majid was not involved before april of 2017 there's no evidence that he saw the photos that were using the scam he didn't know the romance angle but ultimately draft evidence has led to convictions before for example old chief where the mere name of the felony that he that old chief was convicted of before was the basis upon the upon prejudice but third and finally if knowledge is the only thing at issue then this is unbelievably prejudicial as this is the only evidence that draws it out to leave the jury to believe that mr majid was planning this for five years and was not just more was not just a money mover but was central in the planning and coordination of this scam thank you your honors thank you um mr paulson thank you very much for supervising these fine young aspiring attorneys and mr robertson mr white nice job today thank you all very much the case will be submitted